UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROY YOUNG,                                              :

                       Plaintiff,                 :        07 Civ. 5453 (WHP)

              -against-                        :        SCHEDULING ORDER NO. 1

THE CITY OF NEW YORK, N.Y.C. POLICE     :
OFFICER KEVIN BLAKE, SHIELD #2740,
POLICE OFFICER JUAN BERRIO, SHIELD      :
#28430, and JOSUE RIVERA, SHIELD
#03516, *each sued individually and in his*        :
*official capacity*,

                              :

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel to the parties having appeared before the Court for an initial pre-trial

conference on September 12, 2007, the following schedule is established on consent:

1. All discovery is to be completed by January 15, 2008;

2. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by February 15, 2008; and

3. A final pre-trial conference will be held on February 29, 2008 at 10:15 a.m.

Dated:    September 12, 2007
         New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record*:

Steven Alan Hoffner, Esq.
Law Office of Steven Hoffner
350 Broadway
Suite 1105
New York, NY 10013
*Counsel for Plaintiff*

Jessica Talia Cohen, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*