

SEP 24 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**JESSICA T. COHEN**
*Assistant Corporation Counsel*
jecohen@law.nyc.gov
(212) 788-1895
(212) 788-9776 (fax)

September 21, 2007

**BY HAND DELIVERY**
The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/1/07

Re: Roy Young v. City of New York, et al.
07 CV 5453 (WHP)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above referenced matter. By letter dated September 12, 2007 this office requested an extension of time until September 21, 2007 to answer or otherwise respond on behalf of defendants Kevin Blake and Josue Rivera.[1] However, this office has been unable to resolve representational issues with these defendants. Therefore, without appearing on their behalf or making any representations as to the adequacy of service or otherwise, <u>I write to respectfully request an additional two weeks, until October 4, 2007, to answer or otherwise respond to the complaint on behalf of defendants Kevin Blake and Josue Rivera.</u> Plaintiff's counsel, Steven Hoffner, Esq., consents to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

Jessica T. Cohen (JC 0044)
Assistant Corporation Counsel

cc: Steven Hoffner, Esq. (by fax)
    Attorney for Plaintiff

---

[1] Upon information and belief, that application is still pending before Your Honor.