USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROY YOUNG,                                           :

                Plaintiff,         :    07 Civ. 5453 (WHP)

             -against-          :    <u>SCHEDULING ORDER NO. 2</u>

THE CITY OF NEW YORK, N.Y.C. POLICE           :
OFFICER KEVIN BLAKE, SHIELD #2740,
POLICE OFFICER JUAN BERRIO, SHIELD            :
#28430, and JOSUE RIVERA, SHIELD
#03516, *each sued individually and in his*   :
*official capacity*,
                                              :
               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Defendants having applied for an extension in the discovery schedule, and

Plaintiff having consented to such an extension, the following schedule is established on consent:

1. All discovery is to be completed by February 18, 2008;

2. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by March 18, 2008; and

3. A final pre-trial conference will be held on April 4, 2008 at 10:15 a.m.

Dated: January 23, 2008
      New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of Record*:

Steven Alan Hoffner, Esq.
Law Office of Steven Hoffner
350 Broadway
Suite 1105
New York, NY 10013
*Counsel for Plaintiff*

Jessica Talia Cohen, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*