```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROY YOUNG,                                       :

                  Plaintiff,    :   07 Civ. 5453 (WHP)

         -against-             :   <u>SCHEDULING ORDER NO. 3</u>

THE CITY OF NEW YORK, N.Y.C. POLICE    :
OFFICER KEVIN BLAKE, SHIELD #2740,
POLICE OFFICER JUAN BERRIO, SHIELD     :
#28430, and JOSUE RIVERA, SHIELD
#03516, *each sued individually and in his*    :
*official capacity*,

                                     :
                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Defendants having applied for an extension in the discovery schedule, the following schedule is established:

1. All discovery is to be completed by March 17, 2008;

2. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by April 18, 2008; and

3. A final pre-trial conference will be held on May 2, 2008 at 10:15 a.m.

Dated: February 5, 2008
       New York, New York

                                       SO ORDERED:

                                     WILLIAM H. PAULEY III
                                           U.S.D.J.

*Counsel of Record*:

Steven Alan Hoffner, Esq.
Law Office of Steven Hoffner
350 Broadway
Suite 1105
New York, NY 10013
*Counsel for Plaintiff*

Jessica Talia Cohen, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*