```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROY YOUNG,                                          :

                 Plaintiff,           :        07 Civ. 5453 (WHP)

                -against-                   :        ORDER

THE CITY OF NEW YORK, N.Y.C. POLICE     :
OFFICER KEVIN BLAKE, SHIELD #2740,
POLICE OFFICER JUAN BERRIO, SHIELD      :
#28430, and JOSUE RIVERA, SHIELD
#03516, *each sued individually and in his*  :
*official capacity*,
                                         :

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of February 22, 2008 as moot and close the case.

Dated: February 22, 2008
      New York, New York

                                      SO ORDERED:

                                      _____
                                           WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record*:

Steven Alan Hoffner, Esq.
Law Office of Steven Hoffner
350 Broadway
Suite 1105
New York, NY 10013
*Counsel for Plaintiff*

Jessica Talia Cohen, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*